No. 11–8670. DOBIE, AKA PARKER, AKA WALLER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 11–8671. TALBOTT *v.* FISHER, WARDEN. C. A. 8th Cir. Certiorari denied. 

No. 11–8682. NWAEHIRI *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–8684. MUNOZ-CAMARENA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 11–8685. SANCHEZ-MONTANO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 11–8688. TURNER *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 11–8691. WHITING *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 11–8692. RIOS BUENO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 11–8698. DEAN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–8700. LEWIS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. 

No. 11–8701. LEE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 11–8702. KORT *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 11–8706. VOGELSANG *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–527. MAIKHIO *v.* CALIFORNIA. Sup. Ct. Cal. Motion of National Rifle Association of America, Inc., et al. for leave to file a brief as *amici curiae* granted. Certiorari denied. 

No. 11–8150. WHIGUM, AKA BECK, AKA DAVIS, AKA HAMILTON *v.* FLORIDA ET AL. C. A. 11th Cir. Certiorari denied. JUSTICE

KAGAN took no part in the consideration or decision of this petition.

No. 11–8203. DIABY v. HOLDER, ATTORNEY GENERAL. C. A. 4th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–8629. VELASQUEZ-BOSQUE v. UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–8666. SINCLAIR v. UNITED STATES. C. A. 4th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–8690. WRIGHT v. MITCHELL, WARDEN. C. A. 4th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–559. KAUFFMAN v. UPMC PRESBYTERIAN SHADYSIDE HOSPITAL ET AL., *ante*, p. 1114;

No. 11–586. ANDERSON v. VANGUARD CAR RENTAL USA INC., *ante*, p. 1114;

No. 11–6711. PAPADIMITRIOU v. PAPADIMITRIOU, *ante*, p. 1160;

No. 11–6854. VANN v. WIENEKE ET AL., *ante*, p. 1118;

No. 11–6882. IN RE BROWN, *ante*, p. 1109;

No. 11–6923. BARTEE v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, *ante*, p. 1119;

No. 11–6982. GOTTSCHALK v. STATE BAR OF CALIFORNIA, *ante*, p. 1120;

No. 11–7066. CUNNINGHAM v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 1122;

No. 11–7085. BUSH v. DIVISION OF HUMAN RIGHTS ET AL., *ante*, p. 1123;

No. 11–7151. BEALE v. UNITED STATES, *ante*, p. 1124;

No. 11–7212. EMERSON v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION, *ante*, p. 1161;